1  AARON D. FORD
   Attorney General
2  CHRIS DAVIS (Bar No. 6616)
   Senior Deputy Attorney General
3  Office of the Attorney General, State of Nevada
   1 State of Nevada Way, Suite 100
4  Las Vegas, Nevada 89119
   (702) 486-9252 (phone)
5  cwdavis@ag.nv.gov

6  *Attorneys for Defendants*
   *Dean Willett and Sean Brooks*

7
## UNITED STATES DISTRICT COURT
8
## DISTRICT OF NEVADA
9

| | |
|---|---|
| DAMON L. CAMPBELL, | Case No. 2:21-cv-00912-APG-BNW |
| Plaintiff-Appellant, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| DEAN WILLETT; et al., | |
| Defendants-Appellees. | |

IT IS HEREBY STIPULATED by and between Defendants-Appellees Dean Willett and Sean Brooks, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Chris Davis, Senior Deputy Attorney General, and Plaintiff-Appellant Damon L. Campbell, by and through counsel, Nicholas Gonzalez, Esq, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action, including all claims against all parties, be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

///

1

1  The Parties have resolved this matter in its entirety and the Court may
2  accordingly close the case. Any outstanding deadlines are considered moot.

| | |
|---|---|
| NICHOLAS GONZALEZ, ESQ | AARON D. FORD<br>Attorney General |
| By: */s/Nicholas Gonzalez* <br> Nicholas Gonzalez, Esq,<br> *Attorneys for Plaintiff-Appellant* | By: */s/ Chris Davis* <br> Chris Davis<br> Senior Deputy Attorney General<br> *Attorneys for Defendants-Appellees* |
| Dated: November 1, 2024 | Date: November 1, 2024 |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: November 4, 2024

2